HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ZIMBUREAN, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC., et al, <br><br> Defendants. | CASE NO. C16-5181-RBL <br><br> ORDER GRANTING TIME EXTENSION <br><br> DKT. #20 |

THIS MATTER is before the Court on Pro Se Plaintiffs Richard and Juliana Zimbureans' Motion for an Extension of Time [Dkt. #20]. The Zimbureans ask the Court to grant them a two-week extension, until November 30, 2016, to respond to Defendant CitiMortgage's interrogatories, requests for document production, and requests for admission.

The Zimbureans' responses were due November 14, 2016. On November 21, they contacted CitiMorgage's counsel directly, requesting an extension. CitiMortgage agreed to extend the Zimbureans' deadline to respond to CitiMortgage's interrogatories and requests for production until November 30, but claimed the Zimbureans' failure to timely respond to its requests for admission constituted an admission on all statements. *See* Dkt. #21 (CitiMortgage's Objection). The Zimbureans claim they fired their attorney because he did not timely respond to

ORDER GRANTING TIME EXTENSION - 1

1  these discovery requests. *See* Dkt. #23 (Order Approving Stipulation to Withdraw, dated

2  November 30, 2016). They seek this extension given his neglectfulness. CitiMortgage argues the

3  Zimbureans' request is untimely; they cannot demonstrate excusable neglect; and they should

4  ask the court to withdraw their admissions and relieve them from their waiver of their objections,

5  not to extend their time to respond.

6      The Court has discretion to permit additional time to respond to interrogatories, requests

7  for production, and requests for admission. *See* Fed. R. Civ. Pro. 33(b)(2); *see also* Fed. R. Civ.

8  Pro. 34(b)(2)(A); Fed. R. Civ. Pro. 36(a)(3). The Court strongly favors deciding cases on the

9  merits, not technicalities. CitiMortgage told the Zimbureans they could have until November

10  30th to respond to its interrogatories and production requests. They should honor their

11  agreement. The Court also refuses to fault the Zimbureans, who were forced to act on their own

12  behalf even before their attorney withdrew, for his un-timeliness in responding to CitiMortgage's

13  requests for admission. They reached out to CitiMortgage directly within one-week of their

14  missed discovery deadline. A slight delay will not prejudice CitiMortgage. For good cause

15  shown, Plaintiffs' Motion for an Extension of Time [Dkt. #20] is GRANTED. They have until

16  December 5, 2016, to respond to CitiMortgage's interrogatories, requests for production, and

17  requests for admission.

18      IT IS SO ORDERED.

19      Dated this 30th day of November, 2016.

                                             Ronald B. Leighton
                                             United States District Judge